# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DOES 1-4, et al.,

    Plaintiffs,

v.

U.S. ATTORNEYS OFFICE, DISTRICT OF NEVADA, et al.,

    Defendants.

Case No. 2:09-CV-01083-KJD-PAL

**ORDER**

Currently before the Court is Plaintiff Intervenors Does 1-4 ("Plaintiff Intervenors") Motion to Unseal (#23). The Government filed a Sealed Response (#28) of non-opposition. In its Response, the Government concedes *inter alia* that several of the Government's previous filings have not been filed under seal, or have been filed under seal, yet were served on the Plaintiff Intervenors. (Oppn. at. 4.) Pursuant to this admission, the Government does not object to the unsealing of all pleadings that have been filed under seal in this case, to date, pursuant to Fed. R. Crim. P. 6(e)(3).

Accordingly **IT IS HEREBY ORDERED** that Plaintiff Intervenors' Motion to Unseal All Sealed Documents (#23) is **GRANTED**.

**IT IS FURTHER ORDERED** that all documents in this action filed under seal to date, shall be unsealed.

DATED this 17th day of August 2009.

                                        _____
                                        Kent J. Dawson
                                        United States District Judge